| Date | Pleading Number | |
|------|------|---|
| 2/8/72 | 1 | Motion of defendants to consolidate three actions pending in N. D. Illinois and E. D. Penna. in the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C §1407. Brief and certificate of service. |
| 2/18/72 | 2 | Response of plaintiff Savett to motion to transfer w/cert of service |
| 3/3/72 | | Request for extension to file reply brief from movants. |
| | | ORDER - extending time in which to file and serve reply brief to 3/10/72 |
| 3/3/72 | | ORDER- Setting A-1 through A-3 for hearing, March 25, 1972, New York Notified counsel |
| 3/10/72 | 3 | Reply Brief for Moving Parties w/cert. of service |
| 3/16/72 | 4 | Response of plaintiffs Arenson in N.D. Ill. actions (w/cert. of service) |
| 3/24/72 | 5 | John G. Fuller v. Board of Trade of the City of Chicago, Inc. N. D. Illinois, Civil Action No. 72 C 747 COMPLAINT OFFERED IN OPEN COURT TO BE INCLUDED IN LITIGATION by defendants attorneys (Mr. Fine and Mr. Mullinix)(See JP-99/B-1) |
| 3/24/72 | 6 | Wengert, et al. v. The Board of Trade of the City of Chicago TELEGRAM FROM ATTORNEY WALNER OFFERED IN OPEN COURT TO BE INCLUDED IN LITIGATION (See JP-99/B2) |
| 5/5/72 | | CONSENT OF TRANSFEREE COURT - Judge Robson's consent for Judge Bauer to handle litigation |
| 5/5/72 | | OPINION AND ORDER - Transferring the E.D. Pa. (71-3029) action to N.D. Illinois and assigning A-1 throughB 2 to JUDGE WILLIAM J. BAUER for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 |
| 5/24/72 | | CORRECTION ORDER to 5/5/72 Opinion and Order involving pp 1 and 2 Distributed to all recipients of 5/5/72 O&O. |
| 6/8/72 | | JOHN J. RYAN V. MERRIL LYNC, PIERCE, FENNER & SMITH, ET AL., S.D.N.Y. CIV. 72 Civ. 1443 JOHN J. RYAN V. REYNOLDS CO., S.D.N.Y. CIV 72 Civ. 1341 CTO entered today. Notified counsel, involved judges. |
| 6/23/72 | | JOHN J. RYAN V. MERRIL LYNCH, PIERCE FENNER & SMITH, S.D.N.Y 72 Civ 1443 JOHN J. RYAN V. REYNOLDS CO., S.D.N.Y. 72 Civ. 1341 Notice of Opposition from Defendants Bache & Co. and Commodities Exchange, Inc. ORDER entered staying CTO. Notified counsel |
| 6/26/72 | | JOHN J. RYAN V. REYNOLDS CO., S.D.N.Y. 72 Civ. 1341 JOHN J. RYAN V. MERRILL, LYNCH, PIERCE, FENNER & SMITH, S.D.N.Y. 72 Civ. 1443 -- Notice of opposition from plaintiff to CTO |
| 7/3/72 | 7 | MOTION TO VACATE John J. Ryan v. Reynolds & Co., et al; and brief John J. Ryan v. Merrill, Lynch, Pierce, Fenner & Smith |
| 7/5/72 | | NOTICE OF HEARING for July 28, 1972, hearing in Denver, Colorado Notified judges involved, counsel involved./ HEARING ORDER |
| 7/10/72 | 8 | JOHN J. RYAN V. MERRILL, LYNCH, PIERCE, FENNER & SMITH, INC., ET AL., S.D.N.Y., Civil Action No. 72 Civ. 1443 Motion of COMEX to Vacate CTO Memo of (def.)-objectant in support of motion to vacate CTO Affidavit in support of motion to vacate CTO w/attorney service list |
| 7/10/72 | 9 | JOHN J. RYAN V. REYNOLDS SECURITIES & CO., ET AL., (S.D.N.Y.) Civil Action No. 72 Civ. 1341 and JOHN J. RYAN V. MERRILL, LYNCH, PIERCE, FENNER & SMITH INC., ET AL., (S.D.N.Y., Civil Action No. 72 Civ. 1443) MOTION TO VACATE Memorandum of Def. BACHE & CO. Inc., in support of its motion to vacate the CTO Affidavit of Service |

| Date | Pleading Number | |
|------|------|------|
| 7/24/72 | 10. | RYAN V. REYNOLDS SECURITIES., S.D.N.Y., no. 72 Civ 1341 |
| | | RYAN V. MERRILL, LYNCH, PIERCE, FENNER & SMITH, S.D.N.Y., No. 72 Civ.1443 |
| | | Memorandum of Def. Merrill Lynch, Pierce, Fenner & Smith Inc. |
| | | in Opposition to Motion to Vacate Conditional Transfer Order |
| 7/25/72 | 11. | RYAN V. REYNOLDS SECURITIES INC., S.D.N.Y. NO. 72 Civ. 1341 |
| | | RYAN V. MERRILL, LYNCH, PIERCE, FENNER & SMITH, S.D.N.Y No. 72 Civ.1443 |
| | | Memorandum of Def. Reynolds Securities Opposition Motion to Vacate CTO |
| 7/25/72 | 12. | RYAN V. REYNOLDS SECURITIES, S.D.NY. No. 72 Civ. 1341 |
| | | Memorandum of Def. New York Cocoa Exchange Oppostion Motion to |
| | | Vacate CTO |
| 7/26/72 | 13. | RYAN V. REYNOLDS SECURITIES & CO., S.D.NY., NO. 72 Civ. 1341 |
| | | RYAN V. MERRILL LYNCH PIERCE FENNER & SMITH, S.D.N.Y., NO. 72 Civ. 1443 |
| | | Withdrawal of motion of Bache & Co. to Vacate CTO. |
| 7/27/72 | 14. | RYAN V. MERRILL LYNCH PIERCE FENNER & SMITH, S.D.N.Y., No. 72 Civ.1443 |
| | | Reply Memorandum of Def-Objectant Commodity Exchange Inc. to motion |
| | | to Vacate CTO |
| 7/28/72 | 15 | RYAN V. REYNOLDS SECURITIES, S.D.N.Y., NO. 72 Civ. 1341 |
| | | RYAN V. MERRILL, LYNCH, PIERCE, FENNER & SMITH, S.D.N.Y., No. 72 Civ. 1443 |
| | | Plaintiff Ryan Memorandum in Support of Motion to Vacate CTO w/ |
| | | cert. of service          FILED IN OPEN COURT. |
| 10/10/72 | 16 | RYAN V. MERRILL, LYNCH, PIERCE FENNER & SMITH, S.D.N.Y. 72 Civ. 1443 |
| | | letter from counsel for                    notifying the |
| | | Panel of pendency of settlement negotiations. |
| 10/25/72 | 17 | RYAN V. REYNOLDS, S.D.N.Y. 72 Civ. 1341 |
| | | RYAN V. MERRILL, LYNCH, etc., S.D.N.Y. 72 Civ. 1443 |
| | | Letter statement on behalf of Bache & Co. |
| 10/26/72 | 18 | Cocoa Exchange    letter statement regarding transfer of Ryan actions |
| | | opinion and order  re: plaintiff letter 10/6/72 |
| 11/6/72 | 19 | RYAN V. REYNOLDS SECURITIES, INC., S.D.N.Y. 72 Civ. 1341 |
| | | RYAN V. MERRILL LYNCH, PIERCE FENNER & SMITH, S.D.N.Y. 72 Civ. 1443 |
| | | F.I. DuPont, and many named defendants in the above actions letter |
| | | written by C. A. Crocco - statement of position letter |
| 11/6/72 | 19a | Abraham L. Pomerantz letter stating position w/service. |
| 11/15/72 | 20 | Abraham L. Pomerantz (for pltf Ryan) withdrawing opposition to proposed |
| | | transfer and request transfer effective immediately. |
| 12/4/72 | | RYAN V. REYNOLDS SECURITIES, INC., S.D.N.Y. 72 Civ.1341 |
| | | RYAN V. MERRILL LYNCH PIERCE FENNER & SMITH, S.D.N.Y. 72 Civ. 1443 |
| | | ORDER lifting stay of June 8, 1972 CTO and directing that the order |
| | | be transmitted to the N.D. of Illinois for consolidation |
| | | pursuant to 28 U.S.C. §1407.  Distribution made. |

## Description of Litigation

**DOCKET NO. 99 - IN RE COMMODITIES EXCHANGE COMMISSION RATE ANTITRUST LITIGATION**

### Summary of Panel Action

Date(s) of Hearing(s) 2/24/72 7/28/72 _____ _____ _____ _____ _____

Date(s) of Opinion(s) or Order(s) 5/5/72 _____ _____ _____ _____ _____

Consolidation Ordered  x       Name of Transferee Judge  Honorable William J. Bauer

Consolidation Denied ____      Transferee District  Northern District of Illinois  (752)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Stuart H. Savett v. Board of Trade of the City of Chicago, Inc., et al. | E.D. Pa. DITTER | 71-3029 | 5/5/72 | 72 C 1633 | 6/8/73 | 7/7/72 |
| A-2 | Gladys Arenson, et al. v. The Chicago Mercantile Exchange, et al. | N.D.Ill McMillen BAUER | 71 C 854 | | → | 6/8/73 | |
| A-3 | Gladys Arenson, et al. v. Bord of Trade of the City of Chicago, Inc., et al. | N.D.Ill McGarr | 71 C 855 | | → | 6/8/73 | |
| B-1 | John G. Fuller etc. v. Board of Trade of the City of Chicago, et al. | N.D.Ill Bauer | 72C 747 | | → | 6/8/73 | |
| B-2 | Stanley Wengert, et al. v. The Board of Trade City of Chicago | N.D.Ill Bauer | 72C 750 | | → | 6/8/73 | |
| C-1 | John J. Ryan v. Reynolds & Co., et al. | S.D.N.Y. | 72 Civ 1341 | 12/4/72 | 73 C 27 | 6/8/73 | |
| C-2 | John J. Ryan v. Merrill, Lynch, Pierce, Fenner & Smith, Inc., et al. | S.D.N.Y. | 72 Civ 1443 | 12/4/72 | 73 C 28 | 6/8/73 | |

appeal pending

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-1 | John J. Ryan v. F. I. DuPont, et al. | N.D.Ill. | 72 C 1612 | | | 6/8/73 | |

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 99 -- IN RE COMMODITIES EXCHANGE COMMISSION RATE ANTI-
TRUST LITIGATION

### Attorney Service List

| | |
|---|---|
| Stuart H. Savett | Aaron M. Fine, Esquire<br>Harold E. Kohn, P.A.<br>1214 IVB Building<br>1700 Market Street<br>Philadelphia, Pennsylvania  19103 |
| Gladys Arenson, et al.<br>Gladys Arenson, et al. | Aram A. Hartunian, Esquire<br>Pressman & Hartunian<br>134 N. LaSalle St., Room 2100<br>Chicago, Illinois  60606 |
| Kansas City Board of Trade | Raymond W. Midgett, Jr., Esquire<br>Dechert, Price & Rhoads<br>1600 Three Penn Center Plaza<br>Philadelphia, Pennsylvania  19102 |
| Packers Trading Co. | Edwin R. Dunn, Esquire<br>Baker & McKenzie<br>700 Prudential Plaza<br>Chicago, Illinois  60601 |
| Rothschild Securities Corp.<br>(formerly Rothschild & Co.) | E. C. Heininger, Esquire<br>Mayer, Brown & Platt<br>231 South LaSalle Street<br>Chicago, Illinois  60604 |
| E. F. Hutton & Co. | W. Donald McSweeney, Esquire<br>Schiff, Hardin, Waite, Dorschel<br>& Britton<br>231 South LaSalle Street<br>Chicago, Illinois  60604 |
| A. J. Riffel & Co. | Daniel J. McCarthy, Esquire<br>McCarthy, Scheurich, Duffy & McCarthy<br>111 West Washington St. - Suite 1145<br>Chicago, Illinois  60602 |
| Andco, Inc. | Jacob N. Gross, Esquire<br>33 North LaSalle Street<br>Chicago, Illinois  60603 |

Attorney Service List - p. 2                    Docket No. 99

| | |
|---|---|
| Shatkin Trading Co.<br>Fitzgerald Grain Co. | Philip M. Bloom, Esquire<br>Bloom, Denberg & Stern, Ltd.<br>One North LaSalle Street<br>Chicago, Illinois  60604 |
| Freehling & Co. | Earl E. Pollock, Esquire<br>Sonnenschein, Levinson, Carling, Nath<br>    & Rosenthal<br>69 West Washington Street<br>Chicago, Illinois  60602 |
| Continental Grain Co. | Donald R. Harris, Esquire<br>Jenner & Block<br>135 South LaSalle St. - Suite 3300<br>Chicago, Illinois  60603 |
| Mitchell, Hutchins & Co. | John T. Cusack, Esquire<br>Gardner, Carton, Douglas, Chilgren<br>    & Waud<br>One First National Plaza<br>Chicago, Illinois  60670 |
| Paine, Webber, Jackson<br>    & Curtis, Inc. | Kent Lawrence, Esquire<br>Lawrence, Goldberg, Lawrence & Lewin<br>209 South LaSalle Street<br>Chicago, Illinois  60604 |
| Richardson Securities, Inc. | Robert S. Rifkind, Esquire<br>Cravath, Swaine & Moore<br>One Chase Manhattan Plaza<br>New York, New York  10005 |
| W. B. Brodsky & Co. | Ronald B. Grais, Esquire<br>Murtaugh, King, Nieman & Grais<br>141 West Jackson Boulevard<br>Chicago, Illinois  60604 |
| Heinold Commodities, Inc. | Delmar R. Hoeppner, Esquire<br>Chester, Clifford, Hoeppner & Houran<br>101 Lincolnway<br>Valparaiso, Indiana  46383 |
| Jack Carl Associates | Herman J. DeKoven, Esquire<br>One First National Plaza<br>Chicago, Illinois  60670 |
| R. J. Barnes & Sons, Inc. | Leonard J. Bucki, Esquire<br>Wolf, Block, Schorr & Solis-Cohen<br>Twelfth Floor, Packard Building<br>Philadelphia, Pennsylvania  19102 |

Attorney Service List - p. 3                     Docket No. 99

Board of Trade of the City of          Edward W. Mullinix, Esquire
    Chicago, Inc.                      Schnader, Harrison, Segal & Lewis
Chicago Mercantile Exchange            1719 Packard Building
Bache & Co., Inc.                      Philadelphia, Pennsylvania  19102
Merrill, Lynch, Pierce, Fenner
    & Smith, Inc.
Shearson, Hammill & Co., Inc.
Walston & Co., Inc.
Fahnstock & Co.
New York Coffee & Sugar
    Exchange, Inc.
New York Mercantile Exchange


All Other "Broker" Defendants          Lee A. Freeman, Esquire
in Civil Action No. 71 C 854           Freeman, Freeman & Salzman
                                       One North LaSalle Street
                                       Chicago, Illinois  60602


All Other "Broker" Defendants          William R. Jentes, Esquire
in Civil Action No. 71 C 855           Kirkland & Ellis
                                       2900 Prudential Plaza
                                       Chicago, Illinois  60601

Docket No. 99

John G. Fuller, etc.                Perry Goldberg, Esquire
                                    208 S. LaSalle Street, Suite 1130
                                    Chicago, Illinois  60604

Stanley Wengert, et al.             Lawrence Walner, Esquire
                                    105 W. Madison, Suite 1506
                                    Chicago, Illinois  60601

John J. Ryan                        Abraham L. Pomerantz, Esquire
                                    Pomerantz, Levy, Haudek & Block
                                    295 Maidson Avenue
                                    New York, New York  10017

New York Cocoa Exchange             Sandra Belirle, Esquire
                                    Barrett, Knapp, Smith, Shapiro & Simon
                                    26 Broadway
                                    New York, New York

Bach & Co.                          Marvin Schwartz, Esquire
                                    Sullivan & Comwell
                                    48 Wall Street
                                    New York, New York.

Baer & Marks
70 Pine Street
New York, New York

F.I.duPont, Glore Gorgan            Luney, Downey & Crocco
   & Co.                            20 Exchange Place
                                    New York, New York  10005

ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 99 - IN RE COMMODITIES EXCHANGE COMMISSION  RATE ANTITRUST
            LITIGATION

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| A-1 | Aaron M. Fine Esquire<br>Harold E. Kohn, P.A.<br>Suite 1214, IVB Building<br>1700 Market Street<br>Philadelphis 19103 | KANSAS CITY BOARD OF TRADE<br><br>Raymond W. Midgett, Jr., Esquire<br>Dechert, Price & Rhoads<br>1600 Three Penn Center Plaza<br>Philadelphia, Penna. 19102 |
| A-2<br>A-3 | Aram A. Hartunian, Esquire<br>Pressman & Hartunian<br>~~134 N. LaSalle Street~~ 33 N. Dearborn<br>~~Room 2~~100<br>Chicago, Illinois  60606 | PACKERS TRADING CO.<br><br>Edwin R. Dunn, Esquire — BAKER~McKENZIE<br>700 Prudential Plaza<br>Chicago, Illinois  60601 |
| A-3 | ~~Jacob N. Gross, Esquire~~<br>~~33 North LaSalle Street~~<br>~~Chicago, Illinois  60603~~ | ROTHSCHILD & CO.<br><br>E. C. Heninínger, Esquire<br>Mayer, Brown & Platt<br>231 South LaSalle Street<br>Chicago, Illinois  60604 |
| B-1 | Perry Goldberg, Esq.<br>208 S. LaSalle Street<br>Suite 1130<br>Chicago, Illinois  60604 | E. F. HUTTON & CO<br><br>W. Donald McSweeney, Esquire<br>Schiff Hardin Waite Dorshel<br>  & Britton<br>231 South LaSalle Street<br>Chicago, Illinois  60604 |
| B-2 | Lawrence Walner, Esq.<br>105 W. Madison Suite 1506<br>Chicago, Illinois  60601 | A. J. RIFFEL & CO.<br><br>Daniel J. McCarthy, Esquire<br>McCarthy, Scheurich, Duffy<br>  & McCarthy<br>111 West Washington Street, Suite 445<br>Chicago, Illinois  60602 |
| C-1<br>C-2 | Abraham L. Pomerantz, Esq.<br>Pomerantz, Levy Haudek & Block<br>295 Madison Ave.<br>New York, New York  10017 | SHATKIN TRADING CO<br>FITZGERALD GRAIN CO.<br><br>Philip M. Bloom, Esquire<br>Bloom, Denberg & Stern, Ltd.<br>One North LaSalle Street<br>Chicago, Illinois  60604 |

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
|     |           | **FREEHLING & CO**<br><br>Earl E. Pollock, Esquire<br>Sonnenschein, Levinson, Carling,<br>   Nath & Rosenthal<br>69 West Washington Street<br>Chicago, Illinois  60602<br><br>**CONTINENTAL GRAIN CO.**<br><br>Donald R. Harris, Esquire<br>Jenner & Block<br>135 South LaSalle Street. *Suite 3300*<br>Chicago, Illinois  60603<br><br>**MITCHELL, HUTCHINS & CO.**<br><br>John T. Cusack, Esquire<br>Gardner, Carton, Douglas,<br>   Chilgren & Waud<br>One First National Plaza<br>Chicago, Illinois  60670<br><br>**PAINE, WEBBER, JACKSON & CURTIS**<br><br>A. ~~Charles~~ *KENT* Lawrence, Esquire<br>Lawrence, Goldberg, Lawrence<br>   & Lewin<br>209 South LaSalle Street<br>Chicago, Illinois  60604<br><br>**RICHARDSON SECURITIES, INC.**<br><br>Robert S. Rifkind, Esquire<br>Cravath, Swaine & Moore<br>One Chase Manhattan Plaza<br>New York, New York  10005<br><br>**W. B. BRODSKY & CO.**<br><br>Ronald B. Grais, Esquire<br>Murtaugh, King, Nieman & Grais<br>141 West Jackson Boulevard<br>Chicago, Illinois  60604<br><br>**HEINOLD COMMODITIES, INC.**<br><br>Delmar R. Hoeppner, Esquire<br>Chester, Clifford, Hoeppner and<br>Houran<br>~~Northern Indiana Bank Building~~ *101 Lincolnway*<br>Valparaiso, Indiana  46383 |

ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

====================================================================

DESCRIPTION OF LITIGATION
--------------------------------------------------------------------

| No. | Plaintiff | Defendant |
|---|---|---|
| | | JACK CARL ASSOCIATES |
| | | Herman J. DeKoven, Esquire<br>One First National Plaza<br>Chicago, Illinois  60670 |
| | | BOARD OF TRADE OF THE CITY OF CHICAGO INC<br>CHICAGO MERCANTILE EXCHANGE<br>~~BACHE & CO INC.~~<br>~~MERRILL LYNCH PIERCE FENNER & SMITH INC~~<br>REYNOLDS SECURITIES INC.<br>SHEARSON, HAMMILL & CO INC.<br>WALSTON & CO., INC |
| | Fahnstock & Co.<br>New York Coffee & Sugar Exchange, Inc.<br>New York Mercantile Exchange | Edward W. Mullinix<br>Schnader, Harrison, Segal & Lewis<br>1719 Packard Building<br>Philadelphia, Penna. 19102 |
| | | R. J. BARNES & SONS, INC |
| | | Leonard J. Bucki, Esquire<br>Wolf, Block, Schorr and Solis-Cohen<br>Twelfth Floor Packard Building<br>Philadelphia, Penna.  19102 |
| | | ANDCO, INC.<br>Jacob N. Gross, Esquire<br>33 North LaSalle Street<br>Chicago, Illinois  60603 |
| | | ALL OTHER "BROKER" DEFENDANTS IN<br>CIVIL ACTION NO. 71 C 854<br>Lee A. Freeman, Esquire<br>Freeman, Freeman & Salzman<br>One North LaSalle Street<br>Chicago, Illinois  60602 |
| | | ALL OTHER "BROKER" DEFENDANTS IN<br>CIVIL ACTION NO. 71 C 855<br>William R. Jentes, Esquire<br>Kirkland & Ellis<br>2900 Prudential Plaza<br>Chicago, Illinois  60601 |

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
|     |           |           |

New York Cocoa Exchange
127 John Street
New York, New York  10038

Commodity Exchange, Inc.
81 Broad Street
New York, New York

NEW YORK COCOA EXCHANGE
   Sandra Belirle, Esq.
   Barrett, Knapp, Smith Shapiro & Simon
   26 Broadway
   New York, New York

MERRILL, LYNCH PIERCE FENNER & SMITH
   John McHugh Esquire
   Room 2360
   135 S. LaSalle Street
   Chicago, Illinois

Bach & Co.
MARVIN SCHWARTZ
~~Michael A. Cooper, Esq.~~ app.
Sullivan & Cromwell
48 Wall Street
New York, New York

C-2 Commodity Exchange, Inc.

Baer & Marks
70 Pine Street
New York, New York

   (IN C-1 & C-2 ONLY)
Merrill, Lynch, Pierce, Fenner & Smith
   James B. May, Esquire
   Brown, Wood, Fulelr, Caldwell & Ivey
   One Liberty Plaza
   New York, New York  10006

   (IN C-1 & C-2 ONLY)
F. I. duPont, Glore, Forgan & Co.
   Lunney, Downey & Crocco
   20 Excahgne Place
   New York, New York  10005

p. 1

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 99 -- IN RE COMMODITIES EXCHANGE COMMISSION RATE ANTITRUST

LITIGATION

COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| BOARD OF TRADE OF THE CITY OF CHICAGO, INC | A-1; A-2; A-3 |
| CHICAGO MERCANTILE EXCHANGE | A-1 |
| NEW YORK MERCANTILE EXCHANGE | A-1 |
| NEW YORK COFFEE & SUGAR EXCHANGE | A-1 |
| BOARD OF TRADE OF KANSAS CITY | A-1 |
| SHEARSON HAMMILL & CO, INC. | A-1; A-2, A-3 |
| BACHE & CO., INC. | A-1; A-3 ; C-2 ; C-1 |
| FAHNESTOCK & CO. | A-1 |
| MERRILL LYNCH, PIERCE FENNER & SMITH | A-1 ; A-2; A-3; C-1; C-2 |
| REYNOLDS SECURITIES, INC. | A-1 |

p. _2_

| | |
|---|---|
| WALSTON & CO., INC. | A-1 & A-3 |
| ~~Wal~~ (crossed out) | ~~A-1 & A-3~~ |
| RICHARD BECKER | A-2 |
| SIDNEY H. BECKER | A-2 |
| KENNETH G. BIRKS | A-2 |
| LEO V. FITZPATRICK | A-2 |
| JOSEPH J. FOX | A-2 |
| DAVID HENNER ~~AND CO., INC.~~ | A-2 |
| ASSOCIATED COMMODITY ADVISORS, INC. | A-2 |
| ~~BACHE & CO., INC.~~ Andco, Inc | A-2; A-3 |
| BARNES BROKERAGE CO., INC. | A-2, A-3 |

p. ✈

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 99    -- IN RE COMMODITIES EXCHANGE COMMISSION RATE ANTITRUST
                    LITIGATION

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| R. J. BARNES & SON INC. | A-1; A-2; A-3 |
| BEAR, STEARNS & CO. | A-2; A-3 |
| BEARD INVESTMENT CO. | A-2 |
| BECKER BROKERAGE CO. | A-2; A-3 |
| BERKSHIRE FOODS, INC. | A-2 |
| W. B. BRODSKY & CO., INC. | A-2 |
| CBWL-HAYDEN, STONE INC | A-2 |
| JACK CARL ASSOCIATES | A-2 |
| CLAYTON BROKERAGE CO. | A-2 |
| CONTINENTAL GRAIN CO. | A-2; A-3 |

p. _4_

| | |
|---|---|
| CURTEAN MCGUIRE & CO | A-2 |
| DELLSHER INVESTMENT CO., INC. | A-2 |
| F. I. DUPONT, GLORE, FORGAN & CO., INC. | A-2; A-3; C-1; C-2 |
| A. G. EDWARDS & SONS INC. | A-2 |
| F. M. TRADING CORP. | A-2 |
| FOX DELUXE FOODS, INC. | A-2 |
| RAY E. FRIEDMAN & CO. | A-2 |
| JOHN T. GELDERMANN & CO, INC. | A-2 |
| GEURKINK & CO | A-2 |
| FRED J. GUERKINK CO. | A-2 |
| GOODBODY & CO. | A-2; A-3 |

p. 5

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ -- _____

COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| RUFENACHT, BROMAGEN & HERTZ, INC. | A-2 |
| L. D. SCHRIEBER & CO., INC. | A-2 |
| CHARLES K. SCHULTE & CO | A-2 |
| ~~SMITH~~ | |
| SIEGEL TRADING COMPANY, INC. | A-2 |
| SAUL STONE | A-2 |
| SAUL STONE & CO. | A-2 |
| WOODSTOCK INC. | A-2 |
| BUNGE CORP. | A-3 |
| CASHMAN & CO. | A-3 |

p. _6_

| | |
|---|---|
| E. M. COMBS & SON | A-3 |
| H. CORMAN & CO. | A-3 |
| JOHN W. DICKSON | A-3 |
| FRANCIS FERGUSON GRAIN CO. | A-3 |
| FITZGERALD GRAIN CO. | A-3 |
| FREEHLING & CO. | A-3 |
| JOHN T. GELDERMANN & CO. | A-3 |
| GOFFE & CARKENER, INC. | A-3 |
| GOLDBERG BROS | A-3 |
| Gerstenberg & Co | A-3 |
| HAGERTY GRAIN CO. | A-3 |

p. 

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __99__ -- _____

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| GROW INVESTMENTS | A-2 |
| HEINOLD COMMODITIES INC. | A-2 |
| HELFER COMMODITIES CORP. | A-2 |
| E. F. HUTTON & CO., INC. | A-2      A-3 |
| ARNOLD D. KAMEN & CO. | A-2 |
| KING & KING, INC. | A-2 |
| B. J. LIND AND CO. | A-2 |
| M. S. COMMODITIES INC. | A-2 |
| MAYER-GELBORT ASSOC., INC. | A-2 |
| MCCARTHY COMMODITIES, INC. | A-2 |

p. *78*

| | |
|---|---|
| ~~(illegible struck-through)~~ | ~~A-2~~ |
| MILLER & CO. | A-2 |
| G. H. MILLER & CO | A-2 |
| EUGENE T. MUELLER & CO., INC. | A-2 |
| DAVID A. NOYES & CO. | A-2 |
| PAINE, WEBBER, JACKSON & CURTIS, INC. | A-2; A-3; C-1; C-2 |
| PEAVEY CO. COMMODITY SERVICES | A-2    A-3 |
| REYNOLDS & CO | A-2    A-3; C-1; C-1 |
| SOL RICH & CO., INC. | A-2 |
| RICHARDSON SECURITIES, INC. | A-2    A-3 |
| RODMAN & RENSHAW, INC. | A-2    A-3 |

p. *9*

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____  -- _____

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| HAYDEN STONE, INC. | A-3 |
| HARRIS HAYWOOD & CO. | A-3 |
| HENNESSY, MAYER, MORRIS CO. | A-3 |
| HERCEK & CASS | A-3 |
| HOFFMAN, SHANLEY, WRISLEY AND SCHROTH, INC. | A-3 |
| ILLINOIS GRAIN CORP. | A-3 |
| KOHLMEYER & CO. | A-3 |
| LAMSON BROS. & CO. | A-3 |
| LINCOLNWOOD, INC. | A-3 |
| B. J. LIND & CO. | A-3 |

p. 4710

| | | |
|---|---|---|
| JAMES T. MCKERR & CO. | A-3 | |
| JOSEPH MCNEALY | A-3 | |
| MITCHELL HUTCHINS & CO. | A-3 | |
| JOHN S. MORRIS & CO., INC. | A-3 | |
| O'CONNOR GRAIN CO. | A-3 | |
| THE PACKERS TRADING CO. | A-3 | |
| ~~PAINE, WEBBER, JACKSON & CURTIS~~ | | |
| *Eisen & Blum* | A-3 | |
| PETERS & CO. | A-3 | |
| *New York Cocoa Exchange* | C-1 | |
| | | |

p. _11_

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ -- _____

COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| A. J. RIFFEL & CO. | A-3 |
| ROSENFIELD & NEWMAN | A-3 |
| ROTHSCHILD & CO | A-3 |
| L F. ROTHSCHILD & CO | A-3 |
| SHATKIN TRADING CO. | A-3 |
| ~~MABON~~ ~~& CO., INC~~ | ~~A-3~~ |
| LEE B. STERN & CO. INC. | A-3 |
| TABOR & CO. | A-3 |
| C. J. WIGHTMAN & CO | A-3 |
| ZIMMERMAN ALDERSON CARR CO. | A-3 |